DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARQUISE DEVON PONDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1377

_____

April 17, 2026

Appeal from the Circuit Court for Manatee County; Teri K. Dees, Judge.

Blair Allen, Public Defender, and Caroline S. Cassidy, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.